IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson Jr, Hubert O

Printed: 11/13/07

Case Number: 07 B 09205
Judge: Wedoff, Eugene R
Filed: 5/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,325.00 |  |
| Secured: |  | 1,280.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 919.45 |
| Trustee Fee: |  | 125.55 |
| Other Funds: |  | 0.00 |
| Totals: | 2,325.00 | 2,325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,714.00 | 919.45 |
| 2. | Drive Financial Services | Secured | 16,665.00 | 1,280.00 |
| 3. | Internal Revenue Service | Priority | 169,590.02 | 0.00 |
| 4. | Century Ent Head Neck Surgery | Unsecured | 13.00 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 1,641.11 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 360.00 | 0.00 |
| 7. | Drive Financial Services | Unsecured | 205.29 | 0.00 |
| 8. | Nicor Gas | Unsecured | 197.25 | 0.00 |
| 9. | Bally's | Unsecured |  | No Claim Filed |
| 10. | Collection | Unsecured |  | No Claim Filed |
| 11. | CRS | Unsecured |  | No Claim Filed |
| 12. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 13. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 14. | Illinois Dept of Revenue | Unsecured |  | No Claim Filed |
| 15. | Torres Credit | Unsecured |  | No Claim Filed |
| 16. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 17. | FNB Omaha | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 192,385.67 | $ 2,199.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 125.55 |
|  | _____ |
|  | $ 125.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson Jr, Hubert O

Printed: 11/13/07

Case Number: 07 B 09205
Judge: Wedoff, Eugene R
Filed: 5/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)